# NOS. 12-10-00408-CR
# 12-10-00409-CR
# 12-10-00410-CR
# 12-10-00411-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *FRANKLIN WASHBURN,* *APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant Franklin Washburn seeks to appeal his convictions and sentences for the offenses of endangering a child, manufacture/delivery of a controlled substance, and possession of a controlled substance (two counts). Appellant's counsel has notified this court in writing that, pursuant to a plea bargain, Appellant entered a plea of guilty to these offenses and was sentenced in accordance with the agreement. Counsel has also furnished a copy of Appellant's waiver of his right to appeal and the trial court's certification stating that Appellant has waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). Both documents are signed by Appellant and his trial counsel. Based upon this information and the related documents, counsel has concluded that this court has no jurisdiction in these appeals. We agree. Accordingly, the appeals are ***dismissed for want of jurisdiction***.

Opinion delivered December 8, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)